UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCIA MICHAEL,

    Plaintiff,

v.                                        CASE NO. 8:17-cv-1944-T-23TBM

CREDIT ACCEPTANCE
CORPORATION,

    Defendant.
_____/

## **ORDER**

The joint motion (Doc. 5) to stay this action pending arbitration is **GRANTED**, and the action is **STAYED**. No later than ten days after the arbitral decision, the parties must move to confirm or to vacate the decision or to dismiss this action. The clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

ORDERED in Tampa, Florida, on September 21, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE